UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMANTHA McGRATH, *as Administrator of the Estate of Michael McGrath*, and SAMANTHA McGRATH, *individually*,

                              Plaintiffs,

                -v.-

INDUSTRIAL WASTE TECHNOLOGIES and JASON SYKES.

                             Defendants.

20 Civ. 2858 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On May 8, 2020, Plaintiff filed a motion to remand this action to state court. It is the Court's understanding that Defendants intend to oppose this motion, and the Court does not believe that a pre-motion conference would be useful. Accordingly, the Court ORDERS Defendants to file their responsive briefing on or before June 11, 2020. The Court further ORDERS Plaintiff to file a reply brief on or before June 25, 2020. Finally, the initial pretrial conference currently scheduled for June 19, 2020, is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated:  May 11, 2020
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge